1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12ᵗʰ Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant CHRISTOPHER CARR

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,                 )
                                              )    No. CR 09-00964 DLJ
                        Plaintiff,            )
13                                            )    STIPULATION AND
                                              )    **ORDER** CONTINUING STATUS
14            v.                              )    DATE AND EXCLUSION OF TIME
                                              )
15                                            )
    CHRISTOPHER CARR,                         )
16                                            )
                        Defendant.            )
17  ─────────────────────────────────────────

18                               **STIPULATION**

19        IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in

20  this case with respect to Christopher Carr, currently scheduled for Friday, January 22, 2010, at 9:00

21  a.m. before Honorable D. Lowell Jensen, may be continued two weeks to Friday, February 5, 2010,

22  at 9:00 a.m. for status.  The reason for the continuance is that defense counsel needs additional time

23  to investigate the case.  A continuance to February 5, 2010, should give defense counsel the needed

24  time to continue with its investigation and determine whether the case is likely to resolve or be set

25  for motions or trial.  The parties stipulate that the time from January 22, 2010, to February 5, 2010,

26

1   should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

2   3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that government counsel can

3   continue to investigate the case.

4   DATED: 1/21/10                          _____/s/_____
                                            JOYCE LEAVITT
5                                           Attorney for Christopher Carr

6

7   DATED: 1/21/10                          _____/s/_____
                                            JAMES MANN
8                                           Assistant United States Attorney

9       I hereby attest that I have on file all holographed signatures for any signatures indicated by a
    conformed signature (/s/) within this e-filed document.
10

11                                  **ORDER**

12      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, is

13   hereby continued to Friday, February 5, 2010, at 9:00 a.m. for status.

14      IT IS FURTHER ORDERED that the time from January 22, 2010 to February 5, 2010, is

15   hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

16

17   3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can continue

18   its investigation.  The Court finds that the ends of justice served by the granting of the continuance

19   outweigh the best interests of the public and the defendant in a speedy and public trial and the failure

20   to grant the requested continuance would unreasonably deny counsel the reasonable time necessary

21   for effective preparation, taking into account due diligence.
22

23      SO ORDERED.

24   DATED:      January 21, 2010          _____
                                            HONORABLE D. LOWELL JENSEN
25                                          United States District Judge

26

*U S v. Christopher Carr.*, CR 09-00964 DLJ
Stip. Continuing Status Date                - 2 -