BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant CHRISTOPHER CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>CHRISTOPHER CARR,<br><br>              Defendant. | No. CR 09-00964 DLJ<br><br>STIPULATION AND<br>**ORDER** CONTINUING DATE AND<br>EXCLUSION OF TIME |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea or trial setting date in this case with respect to Christopher Carr, currently scheduled for Friday, February 12, 2010, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued one week to Friday, February 19, 2010, at 9:00 a.m. for change of plea or trial setting. The reason for the continuance is that defense counsel is unavailable on February 12, 2010. A continuance to February 19, 2010, will enable defense counsel to continue its investigation and to be present for the change of plea or trial setting. The parties stipulate that the time from February 12, 2010, to February 19,

2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel.

DATED: 2/08/10            /s/
                          JOYCE LEAVITT
                          Attorney for Christopher Carr

DATED: 2/08/10            /s/
                          JAMES MANN
                          Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date in this case, is hereby continued to Friday, February 19, 2010, at 9:00 a.m. for change of plea or trial setting.

IT IS FURTHER ORDERED that the time from February 12, 2010, to February 19, 2010 is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel so that defense counsel can continue its investigation and be present in Court for the next appearance. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: February 8, 2010        _____
                               HONORABLE D. LOWELL JENSEN
                               United States District Judge

*U S v. Christopher Carr.*, CR 09-00964 DLJ
Stip. Continuing COP/Trial Setting Date            - 2 -