1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant CHRISTOPHER CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-00964 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING |
| | ) | |
| CHRISTOPHER CARR, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case with respect to Christopher Carr, currently scheduled for Friday, May 14, 2010, at 10:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, June 4, 2010, at 10:00 a.m. for sentencing. The reason for the continuance is that Mr. Carr will not be interviewed by United States Probation Officer Brian Casai until the week of April 5, 2010. A continuance to June 4, 2010 will allow Mr. Casai to include in the 35 day draft pre-sentence report information which he learns either from the interview with Mr. Carr, or from additional investigation conducted by him in

connection with the interview. United States Probation Officer Brian Casai has no objection to the proposed continuance and it available on June 4, 2010.

DATED: 3/31/10    \_\_\_\_/s/_____
JOYCE LEAVITT
Attorney for Christopher Carr

DATED: 3/31/10    \_\_\_\_\_/s/_____
JAMES MANN
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case is hereby continued from Friday, May 14, 2010 at 10:00 a.m. to Friday, June 4, 2010, at 10:00 a.m. before Honorable D. Lowell Jensen.

SO ORDERED.

DATED:    April 2, 2010    _____
HONORABLE D. LOWELL JENSEN
United States District Judge