JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00964 DLJ |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE TO JULY 23, 2010 ; **ORDER** |
| v. | |
| CHRISTOPHER MATTHEW CARR, | Date: July 9, 2010<br>Time: 10:00 a.m. |
| Defendant. | Court: Hon. D. Lowell Jensen |

     The above-captioned matter is set on July 9, 2010 before this Court for a sentencing hearing. The parties request that this Court continue the hearing to July 23, 2010 at 10:00 a.m.

     Defendant pleaded guilty to one violation of Title 18, United States Code, Section 922(g) on February 26, 2010. The United States Probation Officer has completed and disclosed the Presentence Investigation Report. The parties, however, are attempting to obtain documents detailing defendant's exact offense of conviction on June 6, 2006, which will affect the Sentencing Guidelines calculation. The parties respectfully request that the sentencing hearing be continued to July 23, 2010 at 10:00 a.m. to allow additional time to obtain and review the

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 23, 2010
No. CR-09-00964 DLJ

1  necessary documentation.  The United States Probation Officer assigned to this matter has been
2  informed of the parties' request, but is currently out of town.
3
4  DATED: July 2, 2010
5
6
7  _____/s/_____          _____/s/_____
   JAMES C. MANN                     JOYCE LEAVITT, ESQ.
   Assistant United States Attorney  Counsel for Christopher Matthew Carr
8  Counsel for United States
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 23, 2010
No. CR-09-00964 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00964 DLJ |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE SENTENCING |
| v. | ) ) | HEARING DATE TO JULY 23, 2010 |
| CHRISTOPHER MATTHEW CARR, | ) ) | Date: July 9, 2010 Time: 10:00 a.m. |
| Defendant. | ) ) ) ) | Court: Hon. D. Lowell Jensen |

The parties jointly requested that the sentencing hearing in this matter be continued from July 9, 2010 to July 23, 2010. Defendant pleaded guilty to one violation of Title 18, United States Code, Section 922(g) on February 26, 2010. The United States Probation Officer has completed and disclosed the Presentence Investigation Report. The parties, however, are attempting to obtain documents detailing defendant's exact offense of conviction on June 6, 2006, which will affect the Sentencing Guidelines calculation. The parties respectfully requested that the sentencing hearing be continued to July 23, 2010 at 10:00 a.m. to allow additional time to obtain and review the necessary documentation. The United States Probation Officer assigned to this matter has been informed of the parties' request, but is currently out of town.

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 23, 2010
No. CR-09-00964 DLJ

1 **IT IS HEREBY ORDERED** that the sentencing hearing in this matter is continued from
2 July 9, 2010 to July 23, 2010 at 10:00 a.m.

4 DATED: July 2, 2010

_____
HON. D. LOWELL JENSEN
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 23, 2010
No. CR-09-00964 DLJ