

**FILED**

MAY 2 4 2013

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

OAKLAND-VENUED CRIMINAL CASES
ASSIGNED TO JUDGES NO LONGER
SITTING IN OAKLAND

_____/

ORDER OF THE
EXECUTIVE COMMITTEE
RE: REASSIGNMENT OF
CASES IN WHICH A NEW
PROBATION FORM 12 IS
FILED

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that when a Probation Form 12 is filed in a case assigned to a judge who no longer sits in Oakland and an Oakland-venued judge sets a hearing or issues a warrant, the case shall be reassigned to that Oakland-venued judge.

IT IS SO ORDERED.

Dated: MAY 2 4 2013

FOR THE EXECUTIVE COMMITTEE:

CLAUDIA WILKEN
United States District Judge